CHARLES E. STOKES, Appellant, *v.* HENRY WESTON et al., Impleaded, etc., Respondents.

(Argued December 15, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1893, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*John D. Teller* for appellant.

*Frank S. Coburn* for respondents.

Agree to affirm on opinion of General Term.*
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

---

* 69 Hun, 608.